UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA          :

v.                                :          Case No. 2:19-CR-150-SPC-NPM

<u>CRAIG AUSTIN LANG</u>               :

**<u>NOTICE OF APPEARANCE</u>**

Undersigned counsel, on behalf of the Defendant, Craig Austin Lang, files his notice of appearance as lead counsel of record pursuant to this court's order of appointment. The Clerk of the Court and all parties of record are hereby notified that I appear for the Defendant indicated in the entitled action. Undersigned counsel requests that all notices, documents, pleadings, forms, motions and all other matters pertaining to this case be sent to the email addressed set forth below.

                        Respectfully Submitted,

                        <u>*s/ Bjorn E. Brunvand*</u>
                        BJORN E. BRUNVAND, ESQ.
                        BRUNVAND WISE, PA.
                        Counsel for the Defendant
                        615 Turner Street
                        Clearwater, Florida 33756
                        Telephone No.: (727)446-7505
                        Facsimile No.: (727)446-8147
                        Email: bjorn@acquitter.com
                        Florida Bar No. 831077

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 28, 2021, I electronically filed the following with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for all parties.

*s/ Bjorn E. Brunvand*
BJORN E. BRUNVAND, ESQ.
BRUNVAND WISE, PA
Counsel for the Defendant
