# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 2:19-cr-150-SPC-NPM

**CRAIG AUSTIN LANG,**
     **Defendant.**
_____/

## NOTICE OF APPEARANCE AS APPOINTED LEARNED COUNSEL

Steven H. Malone files his appearance as court-appointed Learned Counsel for Craig Austin Lang.

Respectfully Submitted,

*/s/ Steven H. Malone*
STEVEN H. MALONE
Florida Bar Number: 305545
STEVEN H. MALONE, P.A.
707 North Flagler Drive
West Palm Beach, FL 33401
Phone: 561-805-5805
Fax: 561-655-2182
stevenhmalone@bellsouth.net
Attorney for Craig Austin Lang

## CERTIFICATE OF SERVICE

I Hereby Certify that undersigned electronically filed the foregoing with the Clerk of Court (CM/ECF) by using the CM/ECF system, which will send a notice of electronic filing to all parties this the 28th day of April, 2021.

*/s/ Steven H. Malone*