AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.

ALEX JARED ZWIEFELHOFER and
CRAIG AUSTIN LANG

Defendant

Case No. 2:19-cr-150-FtM-3NPM

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  CRAIG AUSTIN LANG,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

| | |
|---|---|
| 18 U.S.C. § 1951(a) | Conspiracy to Interfere with Commerce by Violence; Interference with Commerce by Robbery; |
| 18 U.S.C. §§ 924(c)(1)(A)(iii), (j)(1) and (o) | Conspiracy to Use a Firearm During a Crime of Violence; Use and Discharge of a Firearm During and in Relation to a Crime of Violence which Resulted in the Death of a Person |

Date: 09/11/2019

*Issuing officer's signature*

City and state: Fort Myers, Florida

Elizabeth Waren, U.S. District Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 6/3/24, and the person was arrested on *(date)* 5/31/24
at *(city and state)* POLAND.

Date: 6/3/24

*Arresting officer's signature*

FBI SA CNANIBI BLACKBURN
*Printed name and title*