UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                  Case No.: 2:19-cr-150-SPC-NPM

CRAIG AUSTIN LANG

_____

**ORDER**

Pursuant to Federal Rule of Evidence 201, the Government asks the Court to take judicial notice that:

> Coordinated Universal Time, or UTC, is the primary time standard by which the world regulates clocks and time. Local time in the Eastern Time zone is five hours behind UTC during winter, but four hours behind while daylight savings time is observed. The observation of daylight savings time began Sunday, March 11, 2018, and ended Sunday, November 4, 2018. Daylight savings time was observed on Sunday, April 8, 2018, through and including, Tuesday, April 10, 2018; therefore, any time listed in UTC during the timeframe above is four hours ahead of Eastern Standard Time, which is alternatively understood as four hours behind UTC, during the period of Daylight savings time.

(Doc. 364).

Under Rule 201(b), the Court may take judicial notice of an adjudicative fact that "is not subject to reasonable dispute." Without any opposition from Defendant, the Court grants the Government's request for judicial notice.[1] *See also United States v. Michael*, 664 F. App'x 32, 36 (2d Cir. 2016) ("The

---

[1] The Government states that Defendant opposes the motion. (Doc. 364 at 2 n.1). But Defendant filed no response in opposition.

relationship between UTC and Eastern Time is not subject to reasonable dispute[.]"); *Collier v. Bronson*, No. CV 15-498-CG-M, 2017 WL 1424900, at *1 n.1 (S.D. Ala. Apr. 20, 2017) (taking judicial notice that the UTC "is the primary time standard by which the world regulates clocks and time" and that local time in the Central Time Zone is six hours behind UTC during winter but five hours behind during daylight savings time).

Accordingly, it is now

**ORDERED:**

1. The Government's Motion Requesting Judicial Notice (Doc. 364) is **GRANTED**.

2. The Court takes judicial notice of the adjudicative fact outlined above.

**DONE AND ORDERED** in Fort Myers, Florida on July 7, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record