UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:19-cr-150-SPC-NPM

CRAIG AUSTIN LANG

### ORDER

Before the Court is Defendant Craig Austin Lang's Motion for an Informative Outline. (Doc. 373). Lang observes that discovery revealed extensive social media posts and communications, with the Facebook business records relating to Lang alone exceeding 47,000 pages. Given such voluminous documents, Lang argues justice requires that the Government "provide an informative outline of the social media posts and communications it intends to use at trial, including coconspirator hearsay." (Doc. 373 at 1). For support, he puzzlingly cites Federal Rule of Evidence 104(c)(3), which governs when a court must conduct a hearing on a preliminary question so the jury cannot hear it. (Doc. 373).

In this same case, Lang's co-defendant and alleged co-conspirator, Alex Zwiefelhofer,[1] filed an almost identical motion. (Doc. 133). There, the Court granted the motion "to the extent that the Government must provide

---

[1] Zwiefelhofer has already been separately tried.

Defendant with a list of Facebook records that it may introduce during trial" but otherwise denied it. (Doc. 168). With no new argument from Lang, the Court sees no reason to depart from this ruling. Indeed, Lang offers no authority supporting his requested relief. Plus, Lang has the benefit of reviewing the exhibits the Government offered during Zwiefelhofer's trial (which are part of the record) and the transcript of the trial itself. In short, an informative outline is not needed to serve the interests of justice.

Accordingly, it is now

**ORDERED:**

Defendant's motion for an informative outline (Doc. 373) is **GRANTED in part and DENIED in part**.

1. The motion is **GRANTED** to the extent that the Government must provide Defendant, on or before **August 20, 2025,** with a list of social media posts and communications records that it may introduce during trial. Should the Government wish to introduce additional similar records that become relevant during the trial, they may seek to do so outside the presence of the jury, to which the Defendant will have an opportunity to object.

2. Otherwise, Defendant's motion is **DENIED**.

**DONE AND ORDERED** in Fort Myers, Florida on July 11, 2025.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record