UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:19-cr-150-SPC-NPM

CRAIG AUSTIN LANG

## ORDER

Trial is currently in session. Defendant Craig Austin Lang intends to call an out-of-state witness to testify, but he needs the United States Marshals Service's help in securing his travel. The Court addressed this matter with the parties during trial and finds the Defendant unable to pay the witness's fees and the witness necessary for Defendant's defense. To ensure Defendant secures the witness's travel in time for trial testimony anticipated on Monday, September 15, 2025, the Court provides this Order to memorialize its oral ruling.

Accordingly, it is

**ORDERED**:

1. Because Defendant Craig Austin Lang has shown an inability to pay the witness's fees and the witness is necessary for him to present an adequate defense, the United States Marshals Service is **DIRECTED** to either (1) make prepaid travel arrangements for the witness; or (2) reimburse the witness for travel he arranges. Under either scenario, all costs (including travel costs) and

fees must be paid in the same manner as those paid for witnesses who the Government subpoenas.

2. If not already done, Defendant must **PROMPTLY** secure a subpoena for this witness.

3. Defendant then must **PROMPTLY** provide the United States Marshals Service with a copy of this Order and the subpoena to ensure the witness is at trial on Monday, September 15, 2025.

**DONE AND ORDERED** in Fort Myers, Florida on September 11, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record