UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                Case No. 2:19-cr-150-SPC-NPM

CRAIG AUSTIN LANG

_____

## ORDER OF FORFEITURE

Before the Court is the United States' Motion for an Order of Forfeiture against Defendant Craig Austin Lang in the amount of $3,000. (Doc. 436). Now that the defendant has been adjudicated guilty of Counts One and Two of the Superseding Indictment, the Government seeks an order of forfeiture against the defendant in the amount of $3,000.00. *See* 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure. In so moving, the Government has connected the $3,000 to the crimes of conviction. The Court thus finds the United States is entitled to possession of the $3,000.

Accordingly, it is hereby:

**ORDERED:**

The United States' Moton for an Order of Forfeiture as to Defendant Craig Austin Lang (Doc. 436) is **GRANTED**.

1.  The Court thus finds that pursuant to 18 U.S.C. § 981(a)(1)(C), 28

U.S.C. § 2461(c) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure the defendant shall be held liable for an order of forfeiture in the amount of $3,000. Because these funds were jointly obtained with his co-conspirator, Alex Jared Zwiefelhofer, the defendant and Zwiefelhofer will be held jointly liable for this amount.

2.   Because the $3,000 in proceeds was dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), forfeiture of any of the defendant's property up to the value of $3,000.

3.   This Order shall become a final order of forfeiture at sentencing.

4.   Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE and ORDERED** in Fort Myers, Florida on November 18, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record